UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

WALTER ALLEN DUBOSE #116005         CASE NO. 1:25-CV-00267 SEC P

VERSUS                              JUDGE DRELL

MARCUS MYERS ET AL                  MAGISTRATE JUDGE PEREZ-MONTES

<u>JUDGMENT</u>

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 20), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 1, 16, 17, 21) is DENIED and DISMISSED under 28 U.S.C. § 1915(e)(2)(b), WITHOUT PREJUDICE to seeking relief in state court on the negligence claim, but WITH PREJUDICE in all other respects.

THUS DONE AND SIGNED at Alexandria, Louisiana this 14th day of July 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT